subject of *United States* v. *Colonial Bead Co., Inc.* (36 C. C. P. A. 78, C. A. D. 401), the claim of the plaintiff was sustained.

**No. 54620.**—Eitinger Bead Co. et al. *v.* United States, protests 115175–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of shell strands similar in all material respects to those the subject of *United States* v. *Colonial Bead Co., Inc.* (36 C. C. P. A. 78, C. A. D. 401), the claim of the plaintiffs was sustained.

**No. 54621.**—Eve Brueser Studios, Inc., et al. *v.* United States, protests 117167–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of shell strands similar in all material respects to those the subject of *United States* v. *Colonial Bead Co., Inc.* (36 C. C. P. A. 78, C. A. D. 401), the claim of the plaintiffs was sustained.

**No. 54622.**—Karavan Trading Co. *v.* United States, protest 117228–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of shell strands similar in all material respects to those the subject of *United States* v. *Colonial Bead Co., Inc.* (36 C. C. P. A. 78, C. A. D. 401), the claim of the plaintiff was sustained.

**No. 54623.**—President Novelty & Jewelry Co., Inc. *v.* United States, protest 121414–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of shell strands similar in all material respects to those the subject of *United States* v. *Colonial Bead Co., Inc.* (36 C. C. P. A. 78, C. A. D. 401), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, AUGUST 22, 1950

**No. 54624.**—The J L. Hudson Company *v.* United States, protest 153526–K (Detroit).